**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HILDA REIMER,

        Plaintiff,

v.                                                              Case No:   6:24-cv-1883-WWB-LHP

AT&T MOBILITY, LLC, EMILIO
CASELLAS, STACY GARCIA,
LAKESHA CHALK, KATHY
KRAMER and JILL PLAZA,

        Defendants

---

**ORDER**

Before the Court are a Motion to Strike Defendant's Answer and Statement of Defenses (Doc. No. 25) and a Correction to Defendant's Name (Doc. No. 26), filed by Plaintiff Hilda Reimer, who appears *pro se*.  Upon review, both motions are due to be denied for failure to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g).  Plaintiff's *pro se* status does not excuse her from compliance with all applicable Local Rules.  Moreover, the Motion to Strike (Doc. No. 25) provides no legally viable basis to strike Defendant AT&T Mobility LLC's answer.  And to the extent that Plaintiff seeks to change the name of a Defendant (Doc. No. 26), she must

do so by amending the complaint, which must also be done in accordance with applicable Federal Rules of Civil Procedure and this Court's Local Rules.

For these reasons, Plaintiff's Motion to Strike Defendant's Answer and Statement of Defenses (Doc. No. 25) and Correction to Defendant's Name (Doc. No. 26), are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties