# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HILDA REIMER,

        Plaintiff,

v.                                                                 Case No:   6:24-cv-1883-WWB-LHP

AT&T MOBILITY, LLC, EMILIO
CASELLAS, STACY GARCIA,
LAKESHA CHALK, KATHY
KRAMER and JILL PLAZA,

        Defendants

---

## ORDER

This cause comes before the Court *sua sponte*. On May 12, 2025, the Court granted Plaintiff's motion for leave to amend and permitted Plaintiff through May 19, 2025 to file an amended complaint. Doc. No. 46. To date, no amended complaint has been filed. Accordingly, it is **ORDERED** that this matter shall proceed on Plaintiff's initial complaint. *See* Doc. No. 1.

Given that Plaintiff did not timely file an amended complaint, Plaintiff's Motion to Deny Defendants' Supplemental Briefing in Opposition to Plaintiff's Motion to Amended Pleadings (Doc. No. 50) is **DEEMED moot**. The deadline for amending pleadings has now expired. *See* Doc. No. 41. Accordingly, to the extent

that Plaintiff seeks to amend at this point, she must file a motion in compliance with Federal Rules of Civil Procedure 16(b)(4), 15(b), and 6(b).

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties